**Electronically Filed
Supreme Court
SCPR-21-0000485
27-SEP-2021
09:27 AM
Dkt. 6 OGP**

SCPR-21-0000485

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE GREGORY RAYMOND MEYER, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition to resign his license to practice law in the State of Hawai'i, filed by attorney Gregory Raymond Meyer, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), but to retain his paper license as a memento, as authorized by RSCH Rule 1.10(b), and the affidavits submitted in support thereof, we conclude that Petitioner Meyer has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner Meyer may retain the paper license as a memento.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and

record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner Meyer, attorney number 5631, from the roll of attorneys of the State of Hawai'i, effective with the filing of this order.

DATED:  Honolulu, Hawai'i, September 27, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins